UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICTOR GOMEZ-VALDOVINOS,

                              Petitioner,

        v.

BRUCE SCOTT, *et al*.,

                              Respondents.

Case No. C26-1909-MLP

ORDER DENYING EMERGENCY
MOTION FOR TEMPORARY
RESTRAINING ORDER

Petitioner Victor Gomez-Valdovinos is a native and citizen of Mexico and is currently detained by U.S. Immigration and Customs Enforcement ("ICE") at the Northwest ICE Processing Center in Tacoma, Washington. On June 2, 2026, Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 seeking a prohibitory injunction to prevent ICE from removing him from the United States pending adjudication of a motion to reopen removal proceedings he is submitting to the immigration court. (Dkt. # 1.) Petitioner simultaneously filed a motion for temporary restraining order ("TRO") which similarly seeks to enjoin his removal prior to adjudication of his motion to reopen. (Dkt. # 2.) Respondents filed a notice that they did not intend to oppose Petitioner's TRO motion, noting that the Court's orders mooted the motion. (Dkt. # 7.)

ORDER DENYING EMERGENCY MOTION
FOR TEMPORARY RESTRAINING ORDER - 1

A TRO, like any preliminary injunctive relief, "is an extraordinary remedy never awarded as of right." *Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 24 (2008). To receive a TRO, Petitioner must establish that (1) he is likely to succeed on the merits, (2) he is likely to suffer irreparable harm in the absence of preliminary relief, (3) the balance of equities tips in his favor, and (4) an injunction is in the public interest. *Winter*, 555 U.S. at 20.

In response to the increased volume of immigration-related habeas corpus petitions, the Court published General Order 10-25 on December 18, 2025, to establish procedures for petitions for writ of habeas corpus under 28 U.S.C. § 2241. With respect to TROs, the General Order aims to "reduce the contemporaneous filing of motions for temporary restraining orders seeking release from custody or the relief that is otherwise requested by the habeas petition." W.D. Wash. Gen. Ord. 10-25 at 3. The General Order provides that TROs "should be reserved for matters where the petitioner alleges imminent, irreparable harm, such as imminent removal from the United States." *Id*.

Here, Petitioner has not established he is "likely to suffer irreparable harm in the absence of preliminary relief." *Winter*, 555 U.S. at 20. Petitioner argues that absent this Court's intervention, he "risks" imminent removal before his motion to reopen can be adjudicated by the immigration court. (*See* dkt. # 2 at 2-3.) However, he alleges no concrete facts demonstrating that his removal from the United States is, in fact, imminent. As the Supreme Court made clear in *Winter*, "a possibility of irreparable harm" is insufficient to demonstrate an entitlement to preliminary injunctive relief. 555 U.S. at 22.

This Court observes as well that the standard Scheduling Order issued in this action on June 2, 2026, in accordance with General Order 10-25, requires Respondents to provide Petitioner and his counsel "at least 48 hours' notice (or 72 hours' notice if the period extends into

ORDER DENYING EMERGENCY MOTION
FOR TEMPORARY RESTRAINING ORDER - 2

a weekend, holiday, or date the Court is closed) prior to any action to move or transfer any Petitioner(s) from the Western District of Washington or to remove them from the United States." (Dkt. # 3 at 2.) Petitioner's concerns about his possible removal are adequately addressed by the Scheduling Order.

Based on the foregoing, the Court ORDERS as follows:

(1)    Petitioner's motion for TRO (dkt. # 2) is DENIED without prejudice to Petitioner seeking another TRO if circumstances change and he is able to satisfy all of the *Winter* criteria.

(2)    The Clerk shall send copies of this Order to all counsel of record.

DATED this 3rd day of June, 2026.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER DENYING EMERGENCY MOTION
FOR TEMPORARY RESTRAINING ORDER - 3